LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

SPENCER J. PAHLKE (State Bar #250914)
spahlke@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFF**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LAI,<br><br>               Plaintiff,<br><br>v.<br><br>THE FEDERAL RESERVE BANK OF SAN FRANCISCO,<br><br>               Defendants.<br><br>AND RELATED CROSS ACTIONS. | Case No. 15-cv-04142 WHO<br><br>**STIPULATION BY PARTIES AND ORDER TO ADVANCE CASE MANAGEMENT CONFERENCE** |

      Plaintiff's lead trial counsel has a conflict with the currently scheduled Case Management Conference, set for December 15, 2015 at 2:00 p.m. That conflict is a mediation in a multi-party action, in which the parties had great difficulty in scheduling the mediation due to calendar conflicts among the parties, counsel, and mediator.

      The parties therefore request that the Case Management Conference in this matter be moved forward one week, to December 8, 2015, at 2:00 p.m. Should the Court be agreeable to this schedule change, the parties will file their Joint Case Management Conference Statement, in accordance with the Court's prior Order, by December 1, 2015.

////

////

| | | |
|---|---|---|
| Dated: November 23, 2015 | | WALKUP, MELODIA, KELLY & SCHOENBERGER |

/s/ Spencer J. Pahlke
SPENCER J. PAHLKE
Attorneys for Plaintiffs

Dated: November 23, 2015					ARCHER NORRIS

/s/ Derek H. Lim
DEREK H. LIM
Attorneys for Defendant The Federal Reserve Bank of San Francisco

Dated: November 23, 2015					CITY AND COUNTY OF SAN FRANCISCO

/s/ David A. Delbon
DAVID A. DELBON
Attorneys for Cross-Defendant City and County of San Francisco

**ORDER**

IT IS HEREBY ORDERED that the Case Management Conference in this matter will be held on December 8, 2015, at 2:00 p.m. With the exception of this change, the remainder of the Court's September 24, 2015 Order shall remain in effect.

Dated: November 23, 2015

WILLIAM H. ORRICK
United States District Judge

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
STIPULATION BY PARTIES AND ORDER TO ADVANCE CASE MANAGEMENT CONFERENCE - CASE NO. 15-CV-04142 WHO